DANIEL J. BRODERICK, #89424
Federal Defender
VICTOR M. CHAVEZ, Bar #113752
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
FLORENCIO GOMEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | NO. 1:08-cr-0036 LJO |
|---|---|---|
| Plaintiff, | ) ) | STIPULATION TO CONTINUE CHANGE OF PLEA HEARING AND ORDER THEREON |
| v. | ) ) | Date: April 11, 2008 |
| FLORENCIO GOMEZ, | ) ) | Time: 9:00 A.M. Judge: Hon. Lawrence J. O'Neill |
| Defendants. | ) ) ) | |

**IT IS HEREBY STIPULATED** by and between the parties through their respective counsel that the change of plea hearing in the above-referenced matter now set for April 4, 2008, may be **continued to April 11, 2008, at 9:00 a.m.**

This stipulation is presented to the court at the request of counsel for defendant because he will be out of the office from April 2, 2008 to April 7, 2008.

///

///

///

///

///

///

The parties agree that the delay resulting from the continuance shall be excluded in the interests of justice, including but not limited to, the need for the period of time set forth herein in the interest of justice and for effective defense preparation pursuant to 18 U.S.C. §§ 3161(h)(8)(A), 3161(h)(8)(B)(i), and 3161(h)(8)(B)(iv).

McGREGOR W. SCOTT
United States Attorney

DATED: April 2, 2008    By   /s/ by Victor M. Chavez w/consent of
                                Kimberly Sanchez
                             KIMBERLY SANCHEZ
                             Assistant United States Attorney
                             Attorney for Plaintiff

DANIEL J. BRODERICK
Federal Defender

DATED: April 2, 2008    By   /s/ Victor M. Chavez
                             VICTOR M. CHAVEZ
                             Assistant Federal Defender
                             Attorney for Defendant

# O R D E R

**Good cause exists due to the absence of Defense Counsel.** Time is hereby excluded in the interest of justice and for effective defense preparation pursuant to 18 U.S.C. §§ 3161(h)(8)(A), 3161(h)(8)(B)(i), and 3161(h)(8)(B)(iv).

IT IS SO ORDERED.

**Dated:   April 2, 2008**           /s/ Lawrence J. O'Neill
                                     UNITED STATES DISTRICT JUDGE

Stipulation to Continue Change of Plea Hearing
and [Proposed] Order Thereon              2